IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY BARRETT,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:15-CV-02876
CRIM. NO. 2:11-CR-00173(1)
JUDGE ALGENON L. MARBLEY
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On October 7, 2015, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be transferred to the United States Court of Appeals for the Sixth Circuit for authorization for filing as a successive petition. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 137) is **ADOPTED** and **AFFIRMED**. The motion (ECF No. 136) is hereby **TRANSFERRED** to the United States Court Appeals for the Sixth Circuit for authorization for filing as a successive petition.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
United States District Judge